IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **FREDERICK M. CHARLESTON,** **#12061966,** | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. **3:14-CV-894-L** |
| | § | |
| **JUDGE LENA LEVARIO,** 204th Judicial District Court, | § § § | |
| Defendant. | § § | |

## ORDER

Before the court is Plaintiff Frederick M. Charleston's ("Plaintiff") *pro se* Complaint pursuant to 42 U.S.C. § 1983, filed March 11, 2014.[*] This case was referred to Magistrate Judge Paul D. Stickney. The magistrate judge entered Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") on March 26, 2014, recommending that Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), as Judge Lena Levario has absolute immunity from suit under 42 U.S.C. § 1983. The court had not received any objections to the Report as of the date of this order.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court **accepts** the magistrate judge's findings and conclusions as those of the court. Accordingly, the court **dismisses with prejudice** Plaintiff's action.

---

[*] Plaintiff is also proceeding *in forma pauperis*.

**It is so ordered** this 12th day of May, 2014.

                                            Sam A. Lindsay
                                            United States District Judge